IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHAD D. DAY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv378 |
| | ) | |
| v. | ) | |
| | ) | |
| ADAM M. KRAMER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 10 be stricken from the record for the following reason(s):

- document requires notarization

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 10 from the record. The party is directed to re-file the document.

DATED this 31st day of October, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge