**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CHAD D. DAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV378** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ADAM M. KRAMER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court following a telephone conference with counsel for the parties on March 7, 2006.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **March 21, 2006** at **2:00 p.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 7th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge