IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 MAR 22 PM 12: 43

OFFICE OF THE CLERK

| | | |
|---|---|---|
| CHAD D. DAY, | ) | Case Number: 8:05CV378 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT TO EXERCISE |
| | ) | OF JURISDICTION BY A |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| ADAM M. KRAMER, | ) | AND |
| | ) | ORDER OF REFERENCE |
| Defendant | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| [signature] | For | Chad D. Day | 03/16/06 |
| [signature] | For | Adam M. Kramer | 03/16/06 |
| | For | | |
| | For | | |
| | For | | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable __Thomas D. Thalken__, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_3/21/06_
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03